UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>   v.<br><br>CHRISTINA D. CARLSON,<br><br>                   Defendant. | Case No. MJ13-20<br><br>**DETENTION ORDER** |

Offenses charged:

- Murder in the Second Degree
- Criminal Mistreatment in the First Degree
- Criminal Mistreatment in the Second Degree

Date of Detention Hearing: January 11, 2013.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with an offense that carries a presumption of detention. She has

DETENTION ORDER - 1

1  failed to overcome this presumption.  The Court received no information about her ties to the
2  community, residence, health or employment.  She did not argue for release and did not contest
3  detention.

4       It is therefore **ORDERED**:

5       (1)   Defendant shall be detained pending trial and committed to the custody of the
6  Attorney General for confinement in a correctional facility separate, to the extent practicable,
7  from persons awaiting or serving sentences, or being held in custody pending appeal;

8       (2)   Defendant shall be afforded reasonable opportunity for private consultation with
9  counsel;

10      (3)   On order of a court of the United States or on request of an attorney for the
11 Government, the person in charge of the correctional facility in which Defendant is confined
12 shall deliver the defendant to a United States Marshal for the purpose of an appearance in
13 connection with a court proceeding; and

14      (4)   The Clerk shall direct copies of this order to counsel for the United States, to
15 counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services
16 Officer.

17      DATED this 11th day of January, 2013.

                                    _____
                                    BRIAN A. TSUCHIDA
                                    United States Magistrate Judge

DETENTION ORDER - 2